UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | C.A. NO. C-04-660 |
| | § | |
| RICARDO MIRELEZ | § | |

### MEMORANDUM OPINION AND ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

On July 28, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (DE 10).  After ample opportunity, no objections have been filed by either party.  This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation.  *Douglass v. United Serve. Auto. Assen*, 79 F.3d 1415, 1420 (5th Cir. 1996).  This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's motion for entry of default judgment (DE 9) is GRANTED and judgment in favor of the United States of America is entered in the following amounts:

```
    Principal Balance . . . . . . . . . . . . . . . . . . . . . . . . . . .    $1,880.71
    Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $ 520.61

         Plus prejudgment interest at $.41 per day
         from September 15, 1998 to date of judgment;
```

Plus Attorney's Fees . . . . . . . . . . . . . . . . . . . . . . . . . .     $ 550.00
Plus Filing Fee. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $ 150.00

Plus post judgment interest at the prevailing rate.


ORDERED this 24th day of August, 2005.

_____
HAYDEN HEAD
CHIEF JUDGE